**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS BRUNTS, *individually and on behalf of all others similarly situated,* | |
| Plaintiffs, | Case No.  4:22-cv-01043 RWS |
| v. | **JURY TRIAL DEMANDED** |
| WALMART INC., *and* DOES 1 through 10, | |
| Defendants. | |

**DEFENDANT WALMART, INC.'S NOTICE OF FILING OF**
**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on September 29, 2022 Defendant Walmart Inc. ("Walmart"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, filed a Notice of Removal of this action, captioned *Nicholas Brunts, individually and on behalf of all others similarly situated*, *v. Walmart Inc.*, No. 22SL-CC03829, from the Circuit Court for St. Louis County, Missouri to the United States District Court for the Eastern District of Missouri.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with the Notice of Filing of Notice of Removal in this Court, effects the removal of this action.  *See* 28 U.S.C. § 1446(d) ("Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, which shall effect the removal and the State court shall proceed no further unless and until the case is remanded.").

4855-2713-0678

Dated: September 29, 2022                Respectfully submitted,


                                          /s/ Kevin Underhill
                                         M. Kevin Underhill, 44582MO
                                         SHOOK, HARDY & BACON L.L.P.
                                         555 Mission Street, Suite 2300
                                         San Francisco, California 94105
                                         Telephone: (415) 544-1900
                                         Facsimile: (415) 391-0281
                                         kunderhill@shb.com

                                         **Counsel for Defendant Walmart Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that, on September 29, 2022, I filed the foregoing Notice of Filing of Notice of Removal with the Clerk for the United States District Court for the Eastern District of Missouri and caused a true and correct copy of the same to be sent via FedEx Express Mail to Plaintiff's counsel.

 */s/ Kevin Underhill*
M. Kevin Underhill, 44582MO
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
kunderhill@shb.com

3