UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS BRUNTS, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC., and DOES 1 through 10, <br> Defendants. | Case No. 22-CV-01043-RWS <br><br> **ORDER DISMISSING THE ENTIRE ACTION WITHOUT PREJUDICE** |

On June 15, 2023, Plaintiff Nicholas Brunts and Defendant Walmart, Inc. filed a joint stipulation to dismiss the entire action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court hereby orders that the case is dismissed.

**IT IS SO ORDERED.**

Dated: June 16, 2023

_____
Hon. Rodney W. Sippel

4875-8410-1224 v1